IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| CHARLES ALFRED HILL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 1:16CV18 |
| STAR LEE MILLS RANSOM, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

The Order and Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on March 3, 2016, was served on the parties in this action. (ECF Nos. 4, 5.) Plaintiff objected to the Recommendation. (ECF No. 6.)

The Court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination which is in accord with the Magistrate Judge's report. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action be dismissed for lack of subject matter jurisdiction. A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 15th day of March, 2016.

                                                     /s/ Loretta C. Biggs
                                              United States District Judge